```
 1  David W. Harlan (pro hac vice)
    B. Scott Eidson (pro hac vice)
 2  SENNIGER POWERS
    One Metropolitan Square
 3  16th Floor
    St. Louis, MO 63102
 4  Telephone: (314) 231-5400
    Facsimile: (314) 231-4342
 5
    Andrew Leibnitz (State Bar No. 184723)
 6  FARELLA BRAUN & MARTEL LLP
    Russ Building 30th Floor
 7  235 Montgomery Street
    San Francisco, CA 94104
 8  Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
 9
    Attorneys for Defendant/Counterclaim-Plaintiff
10  American Recreation Products, Inc.
```

RECEIVED
06 DEC -7 PM 2: 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROMESH TECHNOLOGY CORPORATION,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br>v.<br><br>AMERICAN RECREATION PRODUCTS, INC., d/b/a KELTY,<br><br>    Defendants/<br>    Counterclaim-Plaintiff. | Case No.   C 06-06030 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David W. Harlan, an active member in good standing of the bar of the United States District Court for the Eastern District of Missouri, whose business address and telephone number is One Metropolitan Square, 16th Floor, St. Louis, MO 63102; (314) 231-5400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AMERICAN RECREATION PRODUCTS, INC., d/b/a KELTY,

21455\1128849.1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements contained
5  in General Order No. 45, *Electronic Case Filing*.

Dated: 1/10/07

Honorable Marilyn Hall Patel
United States District Judge

21455\1128849.1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICROMESH TECHNOLOGY,

       Plaintiff,

v.

AMERICAN RECREATION PRODUCTIONS
et al,

       Defendant.
_____/

Case Number: CV06-06030 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David W. Harlan
Senniger Powers
One Metropolitan Square
16th Floor
St. Louis, MO 63102

Dated: January 12, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk