1  JoAnna M. Esty (SBN: 147903)
   Jenna F. Leavitt (SBN: 213574)
2  VENABLE LLP
   2049 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone: (310) 229-9900
4  Facsimile: (310) 229-9901

5  Attorneys for Plaintiff/Counterclaim-Defendant
   Micromesh Technology Corporation
6
   David W. Harlan (*pro hac vice*)
7  B. Scott Eidson (*pro hac vice*)
   SENNIGER POWERS
8  One Metropolitan Square
   16th Floor
9  St. Louis, MO 63102
   Telephone: (314) 231-5400
10 Facsimile: (314) 231-4342

11 Andrew Leibnitz (State Bar No. 184723)
   FARELLA BRAUN + MARTEL LLP
12 Russ Building 30th Floor
   235 Montgomery Street
13 San Francisco, CA 94104
   Telephone: (415) 954-4400
14 Facsimile: (415) 954-4480

15 Attorneys for Defendant/Counterclaim-Plaintiff
   American Recreation Products, Inc.
16

17                   UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19                      SAN FRANCISCO DIVISION
20

21 MICROMESH TECHNOLOGY
   CORPORATION,                          Case No.  C 06-06030 MHP
22
              Plaintiff/
23            Counterclaim-Defendant,
                                         **JOINT STIPULATION OF DISMISSAL
24    v.                                 WITH PREJUDICE AND [PROPOSED]
                                         ORDER**
25
   AMERICAN RECREATION PRODUCTS,
26 INC., d/b/a Kelty,

27            Defendant/
              Counterclaim-Plaintiff.
28

SENNIGER POWERS
One Metropolitan Square, 16th Floor
Saint Louis, Missouri 63102
(314) 231-5400

Joint Stipulation of Dismissal with Prejudice and [Proposed] Order
CASE NO. C 06-06030 MHP                         EXHIBIT ONE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff/Counterclaim Defendant Micromesh Technology Corporation ("Micromesh"), and Defendant/Counterclaim Plaintiff American Recreation Products, Inc., d/b/a Kelty ("ARP"), through their respective attorneys, file this stipulation of dismissal, dismissing this action and all claims and counterclaims asserted herein with prejudice as follows:

1. Micromesh hereby releases ARP, as more fully set forth in the Mutual Release between the parties, for all claims of infringement of the patent-in-suit, U.S. Patent No. 5,935,878 (the "'878 patent") entitled "Micromesh Laminate," which occurred prior to the date hereof relating to all fabrics manufactured via the warp knitting process as it existed at the time of filing the Litigation (hereafter called "Spacer Mesh Products") and products incorporating Spacer Mesh Product.

2. This Court shall retain continuing jurisdiction over all controversies between the parties related to the '878 Patent;

3. Any subsequent patent infringement action based on the '878 Patent shall be filed in this jurisdiction with this Court.

By her signature below, counsel for Plaintiff/Counterclaim Defendant swears under penalty of perjury that, pursuant to General Order 45.X.B, counsel for Defendant/Counterclaimant concurred in the filing of this document.

Respectfully Submitted,

| VENABLE LLP | SENNIGER POWERS |
|---|---|
| /s/ | /s/ |
| Jenna F. Leavitt (SBN: 213574) | B. Scott Eidson (*pro hac vice*) |
| VENABLE LLP | SENNIGER POWERS |
| 2049 Century Park East, Suite 2100 | One Metropolitan Square, 16th Floor |
| Los Angeles, California 90067 | St. Louis, MO 63102 |
| Telephone: (310) 229-9900 | Telephone: (314) 231-5400 |
| Facsimile: (310) 229-9901 | Facsimile: (314) 231-4342 |
| Attorneys for Plaintiff/ Counterclaim Defendant | Attorneys for Defendant/ Counterclaim Plaintiff |

SENNIGER POWERS
One Metropolitan Square, 16th Floor
Saint Louis, Missouri 63102
(314) 231-5400

Joint Stipulation of Dismissal with Prejudice and [Proposed] Order
CASE NO. C 06-06030 MHP           **EXHIBIT ONE**
2

1  **PURSUANT TO THIS STIPULATION,** contained on page 2 of this document, **IT IS SO ORDERED:**

3  Dated:  April 23, 2007

 _____
 Honorable Marilyn H. Patel
 United States District Court Judge

 IT IS SO ORDERED
 [signature]
 Judge Marilyn H. Patel

SENNIGER POWERS
One Metropolitan Square, 16th Floor
Saint Louis, Missouri  63102
(314) 231-5400

Joint Stipulation of Dismissal with Prejudice and [Proposed] Order
CASE NO. C 06-06030 MHP                    **EXHIBIT ONE**

3